IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN NORMAN PENNYPACKER,           )
        Petitioner,           )
    v.                                                          )    C.A. No. 06-259 Erie
                                              )
MARILYN BROOKS, et al,                    )
        Respondents.       )

## MEMORANDUM ORDER

        This petition for writ of habeas corpus was received by the Clerk of Court on November 6, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

        The magistrate judge's report and recommendation, filed on November 29, 2006, recommended that the petition for writ of habeas corpus be transferred to the Middle District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

        AND NOW, this 31st Day of January, 2007;

        IT IS HEREBY ORDERED that the petition for writ of habeas corpus be transferred to the Middle District of Pennsylvania.

        The report and recommendation of Magistrate Judge Baxter, dated November 29, 2006, is adopted as the opinion of the court.

                                                                                MAURICE B. COHILL, JR.
                                                                                United States District Judge

cc:       Susan Paradise Baxter
            U.S. Magistrate Judge

            all parties of record _____